Matter of Kohler v Barden (2025 NY Slip Op 01505)

Matter of Kohler v Barden

2025 NY Slip Op 01505

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND DELCONTE, JJ.

220 CAF 24-00179

[*1]IN THE MATTER OF MAGDALENA KOHLER, PETITIONER-APPELLANT,
v
RANDOLPH BARDEN, JR., RESPONDENT-RESPONDENT. 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (THOMAS R. BABILON OF COUNSEL), FOR PETITIONER-APPELLANT. 
CHARLES E. LUPIA, SYRACUSE, FOR RESPONDENT-RESPONDENT. 
MICHAEL J. KERWIN, SYRACUSE, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Onondaga County (Salvatore Pavone, R.), entered January 3, 2024, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 10, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court